**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2008WM

_____

| | | |
|---|---|---|
| Mustafa Said, | * | |
| | * | |
| Plaintiff-Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Charles Johnson, CO I at CMCC; | * | |
| Daniel Kliethermes, CO II at CMCC; | * | |
| Litsky, CO at CMCC; Kelly Lock, | * | |
| Superintendent CMCC; John Doe, CO I | * | |
| of Fulton Diagnostic Center; John Doe, | * | |
| Superintendent of Fulton Diagnostic | * | |
| Center; | * | Appeal from the United States |
| | * | District Court for the Western |
| Defendants-Appellees, | * | District of Missouri. |
| | * | |
| Hampton, Dr./CMS, Inc.; Tammy | * | [UNPUBLISHED] |
| Nelson, Statewide Director of CMS, | * | |
| Inc.; | * | |
| | * | |
| Defendants, | * | |
| | * | |
| Dora Schriro, Director Dept. of | * | |
| Corrections, | * | |
| | * | |
| Defendant-Appellee. | * | |

_____

Submitted: December 11, 1997
Filed: December 17, 1997

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Mustafa Said, a Missouri prison inmate, appeals the district court's grant of summary judgment in favor of the defendants in Said's 42 U.S.C. § 1983 action. The district court adopted the magistrate judge's report holding that the record did not support Said's claims. On review, we are satisfied the magistrate judge correctly applied the well-established summary judgment standard, and we find no error of law in the magistrate judge's analysis. Accordingly, we affirm on the basis of the magistrate judge's report. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.